Amanda C. Yen (SBN 9726)
Rory T. Kay (SBN 12416)
McDONALD CARANO LLP
2300 W. Sahara Avenue, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.874.9966
ayen@mcdonaldcarano.com
rkay@mcdonaldcarano.com

Jack Yoskowitz (New York Bar No. 2515963  - to be admitted *pro hac vice*)
Sareen K. Armani (New York Bar No. 5563622 - to be admitted *pro hac vice*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: 212.574.1200
Facsimile: 212.480.8421
yoskowitz@sewkis.com
armani@sewkis.com

*Attorneys for Defendants*
*QUASAR MINING GROUP INC., PAUL TYREE*
*and NICHOLAS GUBITOSI*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONIT CHAMANI, individually and derivatively on behalf of the investors of Quasar Mining Group Inc.<br><br>Plaintiffs,<br><br>v.<br><br>QUASAR MINING GROUP INC.<br><br>and<br><br>PAUL TYREE<br><br>and<br><br>NICHOLAS GUBITOSI,<br><br>Defendants. | CASE NO.  2:20-cv-00077-JCM-NJK<br><br>The Hon. James C. Mahan<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE REGARDING MOTION FOR PRELIMINARY INJUNCTION**<br><br>**(First Request)** |

Defendants Quasar Mining Group Inc., Paul Tyree, and Nicholas Gubitosi (collectively, the "Defendants") and Plaintiff Ronit Chamani ("Plaintiff," and, collectively with Defendants, the "Parties") by and through undersigned counsel, hereby agree and stipulate to extend the deadlines

for briefing regarding Plaintiff's Motion for Preliminary Injunction. Plaintiff filed her Motion for Preliminary Injunction on February 24, 2020 (Dkt. 8). Defendants' Opposition to the Motion for Preliminary Injunction is currently due to be filed by March 9, 2020.

The Parties have conferred and mutually agreed upon the following briefing schedule for Plaintiff's Motion for Preliminary Injunction:

- •  Defendants will file their Opposition to Plaintiff's Motion for Preliminary Injunction on <u>March 25, 2020</u>.
- •  Plaintiff will file its Reply to Defendants' Opposition on <u>April 8, 2020</u>.

This is the <u>first extension</u> requested for a revised briefing schedule for the Motion for Preliminary Injunction and is not intended to cause any undue delay or prejudice any party.

DATED this 5th day of March, 2020.

| THE VERSTANDIG LAW FIRM, LLC | McDONALD CARANO LLP |
|---|---|
| By: /s/ *Maurice VerStandig*<br>    Maurice VerStandig (NSBN 15346)<br>    1452 W. Horizon Ridge Pkwy, #665<br>    Henderson, Nevada 89012<br>    Telephone: (301)444-4600<br><br>*Attorneys for Plaintiff*<br>*RONIT CHAMANI, individually and*<br>*derivatively on behalf of the investors of*<br>*Quasar Mining Group Inc.* | By: /s/ *Rory T. Kay*<br>    Amanda C. Yen (SBN 9726)<br>    Rory T. Kay (SBN 12416)<br>    McDONALD CARANO LLP<br>    2300 W. Sahara Avenue, Suite 1200<br>    Las Vegas, NV 89102<br>    Telephone:  702.873.4100<br><br>Jack Yoskowitz (New York Bar No. 2515963 - to be admitted pro hac vice)<br>Sareen K. Armani (New York Bar No. 5563622 - to be admitted pro hac vice)<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004<br><br>*Attorneys for Defendants Quasar Mining Group Inc., Paul Tyree and Nicholas Gubinosi* |

IT IS SO ORDERED:

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

DATED: March 6, 2020

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am employee of McDonald Carano LLP, and on this 5th day of March, 2020, I caused a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE REGARDING MOTION FOR PRELIMINARY INJUNCTION (First Request)** to be served electronically via the U.S. District Court's CM/ECF system upon the parties listed on the U.S. District Court's Notice of Electronic Filing ("NEF") service list in the above-captioned case.

Maurice VerStandig, Esq.
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: (301)444-4600
Facsimile: (301)576-6885
Email: mac@mbvesq.com

*Attorneys for Plaintiff*
*RONIT CHAMANI, individually and derivatively on behalf of the investors of Quasar Mining Group Inc.*

　　　　　　　　　　　　　　　　　　　　/s/ Jelena Jovanovic
　　　　　　　　　　　　　　　　　　　　An employee of McDonald Carano LLP