Maurice VerStandig, Esq.
Nevada Bar No.: 15346
THE VERSTANDIG LAW FIRM, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Telephone: (301)444-4600
Facsimile: (301)576-6885
Email: mac@mbvesq.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RONIT CHAMANI, individually and derivatively on behalf of the investors of Quasar Mining Group Inc. | * * * * | Case No. 2:20-cv-77-JCM-NJK |
| | * | **STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING MOTION FOR PRELIMINARY INJUNCTION** |
| Plaintiffs, | * * | |
| v. | * * | |
| QUASAR MINING GROUP INC., *et al.* | * * | **(Second Request)** |
| Defendants. | * * | |

Defendants Quasar Mining Group Inc., Paul Tyree, and Nicholas Gubitosi (collectively, the "Defendants") and Plaintiff Ronit Chamani ("Plaintiff," and, collectively with Defendants, the "Parties") by and through undersigned counsel, hereby agree and stipulate to extend the deadlines for briefing regarding Plaintiff's Motion for Preliminary Injunction. Plaintiff filed her Motion for Preliminary Injunction on February 24, 2020 (DE #8). Defendants filed their opposition thereto on March 25, 2020 (DE #16).

Pursuant to a previous stipulation and order, the Plaintiff's reply brief is currently due on April 8, 2020 (DE #11).

Counsel for the Plaintiff has been ill with what is believed to be COVID-19 for much of the past two weeks and, while now doing some work on a limited basis and tending to various client matters, would benefit from a moderate extension of time to prepare and file the reply brief.

STIPULATION TO EXTEND BRIEFING SCHEDULE - 1



The Parties, by and through counsel, have conferred and are mutually agreeable to extending the due date for the Plaintiff's reply brief to Monday, April 13, 2020.

This is the <u>second extension</u> requested for a revised briefing schedule for the Motion for Preliminary Injunction and is not intended to cause any undue delay or prejudice any party.

DATED this 6th day of April, 2020.

THE VERSTANDIG LAW FIRM, LLC

By: /s/ *Maurice VerStandig*
    Maurice VerStandig (NSBN 15346)
    1452 W. Horizon Ridge Pkwy, #665
    Henderson, Nevada 89012
    Telephone: (301)444-4600

*Attorneys for Plaintiff
RONIT CHAMANI, individually and derivatively on behalf of the investors of Quasar Mining Group Inc.*

SEWARD & KISSEL LLP

By /s/ Jack Yoskowitz
    MCDONALD CARANO LLP
    Amanda C. Yen (NSBN 9726)
    Rory T. Kay (NSBN 12416)
    2300 W. Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102
    Telephone: (702) 873-4100

    Jack Yoskowitz (pro hac vice)
    Sareen K. Armani (pro hac vice)
    One Battery Park Plaza
    New York, NY 10004

*Attorneys for Defendants Quasar Mining Group Inc., Paul Tyree and Nicholas Gubinosi*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 8, 2020



**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of April, 2020, service of the foregoing was served this Honorable Court's CM/ECF system, with a copy being thusly delivered to all counsel of record herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig

